UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 10, 2011

No. 09-2983

WAYNE A. SMITH, Appellant

v.

COMMISSIONER OF SOCIAL SECURITY
(D.N.J. No. 2-08-cv-02875)

Present:  BARRY, CHAGARES and VANASKIE, Circuit Judges

Motion by Appellee to request publication of the opinion.

Respectfully,
Clerk/ARL/awi

**Opinion & Judgment filed 11/22/2010.**

**Mandate is to Issue on 01/13/2011.**

_____ORDER_____

The foregoing is GRANTED.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated:  January 28, 2011